IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HOSEA L. KENDRICK                                                        PLAINTIFF

v.                                    Civil No. 4:19-cv-04019

KAREN GHORMLEY, Acting Jail
Administrator, Nevada County Detention Center                           DEFENDANT

## ORDER

Before the Court is Defendant Karen Ghormley's Motion to Withdraw Counsel. (ECF No. 20). Defendant Ghormley[1] requests that Caroline "Carly" V. Hayes, listed a lead counsel in this case, be permitted to withdraw. Co-counsel, C. Burt Newell, will continue to represent Defendant Ghormley in this matter.

Defendants' Motion to Withdraw Counsel (ECF No. 20) is **GRANTED. The Clerk is DIRECTED to terminate Caroline Virginia Hays as counsel for Defendant Ghormley.**

**IT IS SO ORDERED THIS 24th day of September 2018.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that a typographical error was made in the motion and Defendant Ghormley is incorrectly identified as Defendant Miller. To date there has not been a motion to substitute parties by Defendant Ghormley.